### WILLIAM WILMARTH, plff in error, vs. JOHN H. GATFIELD, deft in error.

Sickness of attorney, sufficient excuse to open default taken at general term.

*Motion by defendant in error to set aside default, taken in this cause on the 21st day of October last (October general term).*— Defendant's attorney was taken sick during the latter part of September last, and remained so that he was unable to attend to business until about 21st of October : for that reason, was unable to prepare the papers in this cause, and have them in the hands of counsel at the commencement of October term. He did not employ any other person to do it, for the reason he supposed it not possible for so late an issue as this (31st July last) to be reached on the calendar during the first week of the term.

CHARLES TAYLOR, *Defts Counsel.*    F. SAYRE, *Defts Atty.*

P. CAGGER, *Plffs Counsel.*    A. L. BROWN, *Plffs Atty.*

*Per Curiam.*—The sickness of defendant's attorney is sufficient excuse.

*Decision.*— Motion granted on payment of costs of noticing the cause, the costs of October term, subsequent proceedings and costs of opposing motion.